| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-21433 / MBK**

Charles Dion Crudup

Petition Filed Date: 12/10/2023
341 Hearing Date: 01/11/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $1,196.56 | 95620860 | | | | | | |

**Total Receipts for the Period:  $1,196.56    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,196.56**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles Dion Crudup | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marcia Phillips, Esq. | Attorney Fees | $3,000.00 | $0.00 | $3,000.00 |
| | | No Disbursements: No Check | | | |
| 1 | CARMAX BUSINESS SERVICES, LLC. | Debt Secured by Vehicle | $8,539.04 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK, INC | Unsecured Creditors | $7,665.22 | $0.00 | $0.00 |
| 3 | 21st Mortgage Corp | Mortgage Arrears | $12,225.50 | $0.00 | $0.00 |
| | »»  P/406 CHAMBERLAIN ST/2ND MTG | | | | |

**Chapter 13 Case No. 23-21433 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,196.56 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,196.56 |
| Paid to Trustee: | $99.31 | Arrearages: | $0.00 |
| Funds on Hand: | $1,097.25 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

