Certificate Number: 05781-NJ-DE-038223092

Bankruptcy Case Number: 23-21433



05781-NJ-DE-038223092

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2024, at 9:17 o'clock PM PST, Charles Crudup completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 26, 2024         By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President