Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−21433−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles Dion Crudup
   406 Chamberlain St
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−0909

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 12, 2024
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21433-MBK |
| Charles Dion Crudup | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 12, 2024 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Dion Crudup, 406 Chamberlain St, Toms River, NJ 08757-5227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 12 2024 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2024 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520107328 | | Email/Text: ebn@21stmortgage.com | Jun 12 2024 21:00:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 520120241 | | Email/Text: ebn@21stmortgage.com | Jun 12 2024 21:00:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 520107329 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 12 2024 21:05:54 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520143097 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 21:16:21 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520109234 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 12 2024 20:59:00 | CarMax Auto Finance dba CarMax Business Srvcs, LLC, 225 Chastain Meadows Court,, Ste 210, Kennesaw, GA 30144 |
| 520107330 | + | EDI: CITICORP | Jun 13 2024 00:43:00 | Citibank, Attn. Bankruptcy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520107331 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2024 21:05:11 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520182472 | + | EDI: IRS.COM | Jun 13 2024 00:43:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 520254885 | | EDI: JEFFERSONCAP.COM | Jun 13 2024 00:43:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 520254886 | | EDI: JEFFERSONCAP.COM | Jun 13 2024 00:43:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 520162567 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 21:04:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520107332 | | Email/Text: ml-ebn@missionlane.com | Jun 12 2024 20:58:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520107333 | | Email/Text: bankruptcy@oliphantfinancial.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 12 2024 20:59:00 | Oliphant Usa, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 520159383 | + | EDI: BASSASSOC.COM | Jun 13 2024 00:43:00 | Oliphant Financial, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 520158949 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 20:58:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520107334 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 20:58:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520107335 | | EDI: PRA.COM | Jun 13 2024 00:43:00 | Portfolio Recovery Associates, LLC, Attn. Bankruptcy, 140 Corporate Blvd, Norfolk, VA 23502 |
| 520115915 | ^ | MEBN | Jun 12 2024 20:57:37 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520107336 | + | EDI: LCIUPSTART | Jun 13 2024 00:43:00 | Upstart/CRB, Attn: Bankruptcy, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 520156469 | + | EDI: AIS.COM | Jun 13 2024 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520107337 | + | EDI: WFFC2 | Jun 13 2024 00:43:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520107338 | + | EDI: WFFC2 | Jun 13 2024 00:43:00 | Wells Fargo/Personal Loan, Attn: Bankruptcy, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 12, 2024 | Form ID: 148 | Total Noticed: 25

Marcia Phillips
    on behalf of Debtor Charles Dion Crudup mphillips@recoverylawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5